IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION<br>No. 24-079 |
| v. | : | |
| | : | |
| KHALED DALLO | | |

## NOTICE OF HEARING

Take notice that the defendant is scheduled for **SENTENCING** on **THURSDAY, FEBRUARY 6**, **2025**, at **10:00 A.M.** before the **HONORABLE WENDY BEETLESTONE, COURTROOM 10-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

**SENTENCING MEMORANDUM** and all related filings shall be submitted to the Court no later than **JANUARY 30, 2025**.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A             interpreter will be required for the defendant.

☒ Hearing **CANCELED** and **RESCHEDULED** from**: 11/26/2024**

For additional information, please contact the undersigned.

Nelson Quíles Malavé
Courtroom Deputy to J. Beetlestone
Phone: 267-299-7459

**Date:**  10/23/2024

cc via U.S. Mail:        Defendant
cc via email:            Defense Counsel - Michael Engle
                         AUSA - Tiwana Wright
                         U.S. Marshal
                         Court Security
                         Probation Office
                         Pretrial Services
                         Interpreter Coordinator